# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:24-po-00193-SAB |
| Plaintiff, ) | |
| v. ) | **DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |
| JESUS JR MENDOZA, ) | |
| Defendant. ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR 261.54(e)

**Sentence Date:** December 12, 2024

**Review Hearing Date:** May 15, 2025

**Probation Expires On:** June 12, 2025

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $140 which Total Amount is made up of a Fine: $ 100 Special Assessment: $10   Processing Fee: $30 Choose an item. Restitution: $

☐ Payment schedule of $     per month by the     of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Attend and complete 2 hours of an ATV safety course by 3/30/2025

### COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐ To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
    Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation:

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Jeffrey Spivak

DATED: 5/1/2025  */s Chan Hee Chu*_____
CHAN HEE CHU
ASSISTANT U.S. ATTORNEY

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/15/2025 at 10 am

   ☐ be continued to Click here to enter a date. at 10:00 a.m.; or

   ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: 5/1/2025  */s/ Laura Myers*_____
LAURA MYERS
DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **May 5, 2025**  _____
STANLEY A. BOONE
United States Magistrate Judge

CAED (Fresno)- Misd. 6 (Rev. 11/2014)